Hattie Wolfson, appellee, v. Louis Rubin, trading as Rubin Construction Company, appellant. Gen. No. 33,900.

Opinion filed May 14, 1930.

Abram Z. Zietlein, for appellant. Louis Dunn, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.